NUMBER 13-01-527-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


ESTATE OF HAMILTON S. MILLER, DECEASED

____________________________________________________________________

On appeal from the County Court at Law No. 1

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, Paul David Miller , perfected an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo
County, Texas, in cause number 26,994-A. After the record was filed, the parties filed a joint motion to dismiss the appeal.
The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion
that the motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 17th day of January, 2002.